M. P. No. 1794. ROBERT J. WELCH *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus is denied. *Robert J. Welch,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1832. RAYMOND M. BORDES *v.* FRANCIS A. HOWARD, *Warden.* Respondent is directed to file answer to petition for habeas corpus solely as it relates to the question of ineffectual representation of counsel and, pursuant thereto, to *show cause,* if any he has, why writ should not issue as prayed, the answer to comply with Provisional Order No. 7. Motion of petitioner for admission to bail is denied.

Public Defender directed to represent petitioner in further prosecution of his petition for writ of habeas corpus before Supreme Court. *Raymond M. Bordes,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

Ex. No. 1267. STATE *v.* RUDOLPH C. CARRUOLO. Motion of state to sustain its exceptions is granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Edward H. Torgen,* for defendant.